In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-059 CR


____________________



EX PARTE ROGER KING






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2172 (97858)






 MEMORANDUM OPINION 


 On January 16, 2007, the trial court denied Roger King's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. We received no response.

 No appeal lies from the refusal to issue a writ of habeas corpus unless the trial court
rules on the merits of the application. Ex parte Hargett, 819 S.W.2d 866 (Tex. Crim. App.
1991); Ex parte Noe, 646 S.W.2d 230 (Tex. Crim. App. 1983). In this case, the trial court
did not address the merits of King's application. The trial court did not issue a writ of habeas
corpus, nor did the court conduct an evidentiary hearing on the application for the writ. 
Compare Ex parte Silva, 968 S.W.2d 367 (Tex. Crim. App. 1998); Ex parte McCullough,
966 S.W.2d 529 (Tex. Crim. App. 1998). We hold we have no jurisdiction over this appeal. 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 21, 2007 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.